UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:17-cr-68-T-23-AEP

MIGUEL ANGEL RAMOS-AGUILAR.

8 U.S.C. § 1326(a)

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 6, 2016, in the Middle District of Florida, the defendant,

MIGUEL ANGEL RAMOS-AGUILAR,

being an alien of the United States, who was deported, excluded, and removed from the United States on or about January 29, 2013, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to

2

reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
FRANCIS D. MURRAY
Assistant United States Attorney

By: _____
Cherie L. Krigsman
Assistant United States Attorney
Deputy Chief, Major Crimes Section

FORM OBD-34
February 17

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

MIGUEL ANGEL RAMOS-AGUILAR

## INDICTMENT

Violations: 8 U.S.C. § 1326(a)

A true bill,

_____
Foreperson

Filed in open court this 15th day

of February 2017.

_____ Clerk

Bail $_____

GPO 863 525